IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Gary M. Fieber, | : | Bankruptcy No. 18-24206-JAD |
| Debtor. | : | |
| | : | Chapter 13 |
| Gary M. Fieber, | : | |
| Movant, | : | Related To Doc. Nos. 17, 1 |
| v. | : | |
| No Respondents | : | |
| Respondent. | : | |

### ORDER EXTENDING TIME TO FILE SCHEDULES, PLAN, STATEMENT OF AFFAIRS, DECLARATION REGARDING ELECTRONIC FILING AND RELATED DOCUMENTS

AND NOW, upon consideration of Debtor's Motion for Order Extending Time to File Schedules, Plan, Statement of Financial Affairs, Declaration Re: Electronic Filing and Related Documents, it is hereby ORDERED, ADJUDGED and DECREED that the deadline for Debtor to file her schedules, plan, statement of financial affairs, Attorney Disclosure Statement, Employee Income Record, Declaration Re: Electronic Filing, Summary of Schedules and related documents is hereby extended *up to and including* **November 23, 2018**.

**No further extension will be granted unless extenuating circumstances exist.**

Dated this **14th** day of **November**, 2018.

Jeffery A. Deller
United States Bankruptcy Judge

mas

CASE ADMINISTRATOR SHALL SERVE:
Gary M. Fieber
Brian C. Thompson, Esquire
Ronda J. Winnecour, Esquire
Office of United States Trustee

FILED
11/14/18 6:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Gary M. Fieber  
       Debtor

Case No. 18-24206-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dkam     Page 1 of 1     Date Rcvd: Nov 14, 2018  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2018.  
db          +Gary M. Fieber,    102 Golden Eagle Drive,    Venetia, PA 15367-1457

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2018 at the address(es) listed below:  
       Brian C. Thompson     on behalf of Debtor Gary M. Fieber bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com  
       James Warmbrodt     on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-8, Asset-Backed Certificates, Series 2006-8 bkgroup@kmllawgroup.com  
       Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
     TOTAL: 4