# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Gary M. Fieber, | Bankruptcy Case No.: 18-24206-JAD |
| Debtor. | Chapter 13 |
| Gary M. Fieber, | |
| Movant, | Document No.: |
| | Related to Document No.: 10, 11 |
| v. | |
| Credit Acceptance Corp, Internal Revenue Service, PA American Water, Select Portfolio Servicing, U.S. Attorneys Office, West Penn Power, Credit Management Company, Credit One Bank, | |
| Creditors, | |
| and | |
| Ronda J. Winnecour, Trustee, | **Hearing Date and Time:** November 28, 2018 at 11:00 a.m. |
| Respondents. | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION TO EXTEND AUTOMATIC STAY

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on October 31, 2018 at Document No. 10 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Order Setting Hearing at Document No. 11, Objections were to be filed and served no later than November 17, 2018.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Motion recorded at Document No. 10 be entered by the Court.

Date: November 20, 2018            /s/ Brian C. Thompson
                                   Brian C. Thompson, Esquire
                                   Attorney for Debtor(s)
                                   PA ID No. 91197
                                   THOMPSON LAW GROUP, P.C.
                                   125 Warrendale Bayne Road, Suite 200
                                   Warrendale, PA 15086
                                   (724) 799-8404 Telephone

(724) 799-8409 Facsimile
bthompson@thompsonattorney.com