# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **Gary M. Fieber**　　　　　　　　　　　　　　　　　　　　　Case No.  **18-24206**
　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　Chapter  **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I,  **Gary M. Fieber**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☒ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because I receive direct deposit. I am in the process of obtaining evidence of payment from my employer and will provide this to the court.

☐ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date  **November 20, 2018**　　　　　　　　Signature  **/s/ Gary M. Fieber**
　　　　　　　　　　　　　　　　　　　　　　　　　**Gary M. Fieber**
　　　　　　　　　　　　　　　　　　　　　　　　　Debtor