IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. **18-24206** |
| **Gary M. Fieber** | : | |
| | : | Chapter **13** |
| | : | |
| Debtor | : | |
| | : | Related to Document No. |
| **Gary M. Fieber** | : | |
| | : | |
| Movant | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Brian C. Thompson, Esquire PA-91197**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

James C. Warmbrodt, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Peters Twp School District
E. McMurray Road
McMurray PA 15317-0000

Jeffrey R. Hunt, Esquire
Goehring, Rutter & Boehm
437 Grant St., 14th Floor
Pittsburgh, PA 15219

PA Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg PA 17128-0000

ANS Landscaping
2150 Washington Road
Canonsburg PA 15317-0000

Capital One
PO Box 30281
Salt Lake City UT 84130-0000

Portfolio Recovery Associates
120 Corporate Blvd
Suite 100
Norfolk, VA 23502

TSYS Debt Management
PO Box 5155
Norcross, GA 30091

Equitable Gas Company
Attn: Judy Gawlowski
200 Allegheny Center
Pittsburgh PA 15212-0000

John T. Burns. Esquire
Burns Law Office
14300 Nicollett Court
Burnsville MN 55306-0000

MedExpress Billing
PO Box 7964
Belfast ME 04915-0000

By: **/s/ Brian C. Thompson, Esquire**
Signature
**Brian C. Thompson, Esquire PA-91197**
Typed Name
**125 Warrendale-Bayne Road**
**Suite 200**
**Warrendale, PA 15086**
Address
**724-799-8404 Fax:724-799-8409**
Phone No.
**PA-91197 PA**
List Bar I.D. and State of Admission

**PAWB Local Form 30 (07/13)**

Software Copyright (c) 1996-2018 Best Case LLC - www.bestcase.com        Best Case Bankruptcy