# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>    Gary M. Fieber,<br><br>        Debtor.<br><br>    Gary M. Fieber,<br><br>        Movant,<br><br>    v.<br><br>    No Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Bankruptcy No. 18-24206-JAD<br><br>Chapter 13<br><br><br><br><br><br>Document No.<br><br>Related to Document No. |

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), statement(s) are transmitted herewith:

__x__ Voluntary Petition *Specify reason for amendment:* **Adding Prior Bankruptcy Cases**

*Amended to correct residence address; amended to indicate primarily business debts*

<u>Official Form 6 Schedules</u> (Itemization of Changes Must Be Specified)
    __ Summary of Schedules
    __ Schedule A – Real Property
    __ Schedule B – Personal Property
    __ Schedule C – Property Claimed as Exempt
    __ Schedule D – Creditors holding Secured Claims}
        Check one:
        __ Creditor(s) added
        __ No Creditor(s) added
        __ Creditor(s) deleted
    __ Schedule E – Creditors Holding Unsecured Priority Claims
        Check one:
        __ Creditor(s) added
        __ No Creditor(s) added
        __ Creditor(s) deleted
    __ Schedule F - Creditors Holding Unsecured Nonpriority Claims
        Check one:
        __ Creditor(s) added
        __ No Creditor(s) added
        __ Creditor(s) deleted
    __ Schedule G – Executory Contracts and Unexpired Leases
        Check one:
        __ Creditor(s) added
        __ No Creditor(s) added
        __ Creditor(s) deleted

__ Schedule H – Codebtors
__ Schedule I – Current Income of Individual Debtor(s)
__ Schedule J – Current Expenditures of Individual Debtor(s)
__ Statement of Financial Affairs
__ Chapter 7 Individual Debtor's Statement of Intentions
__ Chapter 11 List of Equity Security Holders
__ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
__ Disclosure of Compensation of Attorney for Debtor
__ Other:_____

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**
Pursuant to Fed.R.Bankr.P. 1009(a) and Local Bankruptcy Rule 1009-1, I certify that notice of the filing of the amendments checked above has been given this date to the U.S. Trustee, the Trustee in this case, and all entities affected by this amendment.

Date: November 20, 2018                s/Brian C. Thompson
                                        Attorney for Debtor(s) [or Pro Se Debtor(s)]

                                        s/Brian C. Thompson, Esquire
                                        (Typed Name)

                                        125 Warrendale Bayne Road, Warrendale, PA 15086
                                        (Address)

                                        (724) 799-8404
                                        (Phone No.)

                                        91197 – PA
                                        List Bar I.D. and State of Admission