IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Gary M. Fieber,<br><br>    Debtor.<br>_____<br><br>Gary M. Fieber,<br><br>    Movant,<br><br>v.<br><br>Credit Acceptance Corp, Internal Revenue Service,<br>PA American Water, Select Portfolio Servicing,<br>U.S. Attorneys Office, West Penn Power,<br>Credit Management Company, Credit One Bank,<br><br>    Creditors,<br>and<br><br>Ronda J. Winnecour, Trustee,<br><br>    Respondents. | **DEFAULT O/E JAD**<br><br>Bankruptcy No. 18-24206-JAD<br><br>Chapter 13<br><br>**Related To Doc. No. 10** |

### ORDER OF COURT

This matter is before the Court on Debtor's Motion to Extend the Automatic Stay. For the reasons stated in the Motion, or by default, it is hereby ORDERED that the Automatic Stay is extended against all creditors until such time as the case is either closed or dismissed or unless a further order of court provides otherwise.

*[Signature]* 11-20-2018

Jeffery A. Deller
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
All Creditors and Parties in Interest

FILED
11/20/18 2:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

1

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Gary M. Fieber
    Debtor

Case No. 18-24206-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: lfin    Page 1 of 2    Date Rcvd: Nov 20, 2018
                    Form ID: pdf900    Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2018.
```
db             +Gary M. Fieber,    102 Golden Eagle Drive,    Venetia, PA 15367-1457
14952071       +ANS Landscaping,    2150 Washington Road,    Canonsburg PA 15317-4912
14952074      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: TSYS Debt Management,      PO Box 5155,    Norcross, GA 30091)
14939658       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
14939411       +Credit Acceptance Corp.,    PO Box 551888,    Detroit, MI 48255-1888
14952075       +Equitable Gas Company,    Attn: Judy Gawlowski,    200 Allegheny Center,
                 Pittsburgh PA 15212-5339
14952067       +James C. Warmbrodt, Esquire,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
14952069       +Jeffrey R. Hunt, Esquire,    Goehring, Rutter & Boehm,    437 Grant St., 14th Floor,
                 Pittsburgh, PA 15219-6107
14952076       +John T. Burns. Esquire,    Burns Law Office,    14300 Nicollett Court,    Burnsville MN 55306-4501
14952077       +MedExpress Billing,    PO Box 7964,    Belfast ME 04915-7900
14939413       +PA American Water,    PO Box 371412,    Pittsburgh, PA 15250-7412
14952068        Peters Twp School District,    E. McMurray Road,    McMurray PA 15317-0000
14939415       +U.S. Attorneys Office,    Western District of PA,    4000 U.S. Post Office & Courthouse,
                 700 Grant Street,    Pittsburgh, PA 15219-1906
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14952072       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 21 2018 03:13:30      Capital One,
                 PO Box 30281,    Salt Lake City UT 84130-0281
14939412       +E-mail/Text: cio.bncmail@irs.gov Nov 21 2018 03:07:48      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
14952070       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 21 2018 03:08:07      PA Department of Revenue,
                 Bankruptcy Division,    PO Box 280946,    Harrisburg PA 17128-0946
14952073        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 21 2018 03:13:05
                 Portfolio Recovery Associates,    120 Corporate Blvd,    Suite 100,    Norfolk, VA 23502
14939809        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 21 2018 03:08:07
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14939414       +E-mail/Text: jennifer.chacon@spservicing.com Nov 21 2018 03:09:14
                 Select Portfolio Servicing,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
14946475       +E-mail/Text: bankruptcy@firstenergycorp.com Nov 21 2018 03:08:26      West Penn Power,
                 5001 NASA Blvd,    Fairmont WV 26554-8248
14939416       +E-mail/Text: bankruptcy@firstenergycorp.com Nov 21 2018 03:08:26      West Penn Power,
                 800 Cabin Hill Drive,    Greensburg, PA 15606-0001
                                                                                                TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Deutsche Bank National Trust Company, as Trustee,
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2018 at the address(es) listed below:
              Brian C. Thompson    on behalf of Debtor Gary M. Fieber bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillesp
               ie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
```

```
District/off: 0315-2          User: lfin                  Page 2 of 2                   Date Rcvd: Nov 20, 2018
                              Form ID: pdf900             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          James Warmbrodt   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-8, Asset-Backed Certificates, Series 2006-8 bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                                TOTAL: 4