**Form RSC13**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 18−24206−JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Gary M. Fieber
   102 Golden Eagle Drive
   Venetia, PA 15367

Social Security No.:
   xxx−xx−8803

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Brian C. Thompson<br>Thompson Law Group, P.C.<br>125 Warrendale Bayne Road<br>Suite 200<br>Warrendale, PA 15086<br>Telephone number: 724−799−8404 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>February 11, 2019<br>02:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>February 11, 2019<br>02:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 1/10/19

BY THE COURT

Jeffery A. Deller
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 18-24206-JAD
Gary M. Fieber                                                         Chapter 13
        Debtor                      **CERTIFICATE OF NOTICE**

District/off: 0315-2         User: lfin                Page 1 of 2            Date Rcvd: Jan 10, 2019
                             Form ID: rsc13            Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2019.
```
db           +Gary M. Fieber,    102 Golden Eagle Drive,    Venetia, PA 15367-1457
cr           +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
cr           +Peters Township & Peters Township School District,    Goehring, Rutter & Boehm,
               437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA  15219,
               UNITED STATES 15219-6101
14952071     +ANS Landscaping,    2150 Washington Road,    Canonsburg PA 15317-4912
14952074    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: TSYS Debt Management,     PO Box 5155,    Norcross, GA 30091)
14939658     +Credit Acceptance,     25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
14939411     +Credit Acceptance Corp.,    PO Box 551888,    Detroit, MI 48255-1888
14952075     +Equitable Gas Company,    Attn: Judy Gawlowski,    200 Allegheny Center,
               Pittsburgh PA 15212-5339
14952067     +James C. Warmbrodt, Esquire,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
               Philadelphia, PA 19106-1541
14952069     +Jeffrey R. Hunt, Esquire,    Goehring, Rutter & Boehm,    437 Grant St., 14th Floor,
               Pittsburgh, PA 15219-6107
14952076     +John T. Burns. Esquire,    Burns Law Office,    14300 Nicollett Court,    Burnsville MN 55306-4501
14952077     +MedExpress Billing,    PO Box 7964,    Belfast ME 04915-7900
14939413     +PA American Water,    PO Box 371412,    Pittsburgh, PA 15250-7412
14973265     +Peters Township & Peters Township School District,    Goehring, Rutter & Boehm,
               c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,    Frick Building,
               Pittsburgh, PA 15219-6101
14952068      Peters Twp School District,    E. McMurray Road,    McMurray PA 15317-0000
14939415     +U.S. Attorneys Office,    Western District of PA,    4000 U.S. Post Office & Courthouse,
               700 Grant Street,    Pittsburgh, PA 15219-1906
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 11 2019 02:46:58      Pennsylvania Dept. of Revenue,
               Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA  17128-0946
14952072     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 11 2019 02:49:30      Capital One,
               PO Box 30281,    Salt Lake City UT 84130-0281
14974881      E-mail/Text: jennifer.chacon@spservicing.com Jan 11 2019 02:48:03
               Deutsche Bank National Trust Company,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
               Salt Lake City, UT 84165-0250
14939412     +E-mail/Text: cio.bncmail@irs.gov Jan 11 2019 02:45:07      Internal Revenue Service,
               PO Box 7346,    Philadelphia, PA 19101-7346
14952070     +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 11 2019 02:46:58      PA Department of Revenue,
               Bankruptcy Division,    PO Box 280946,    Harrisburg PA 17128-0946
14952073      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 11 2019 02:48:31
               Portfolio Recovery Associates,    120 Corporate Blvd,    Suite 100,    Norfolk, VA 23502
14973779      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 11 2019 02:49:02
               Portfolio Recovery Associates, LLC,     POB 12914,    Norfolk VA 23541
14970708     +E-mail/Text: csc.bankruptcy@amwater.com Jan 11 2019 02:47:56      Pennsylvania American Water,
               PO Box 578,    Alton, IL 62002-0578
14939809      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 11 2019 02:46:58
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA  17128-0946
14939414     +E-mail/Text: jennifer.chacon@spservicing.com Jan 11 2019 02:48:03
               Select Portfolio Servicing,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
14946475     +E-mail/Text: bankruptcy@firstenergycorp.com Jan 11 2019 02:47:13      West Penn Power,
               5001 NASA Blvd,    Fairmont WV 26554-8248
14939416     +E-mail/Text: bankruptcy@firstenergycorp.com Jan 11 2019 02:47:13      West Penn Power,
               800 Cabin Hill Drive,    Greensburg, PA 15606-0001
                                                                                               TOTAL: 12
```

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              Commonwealth of Pennsylvania, Department of Revenu
cr              Deutsche Bank National Trust Company, as Trustee,
                                                                                  TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2           User: lfin                    Page 2 of 2                   Date Rcvd: Jan 10, 2019
                               Form ID: rsc13                Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2019 at the address(es) listed below:
              Brian C. Thompson    on behalf of Debtor Gary M. Fieber bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com
              Christos A. Katsaounis    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us
              James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of Long Beach Mortgage Loan Trust 2006-8, Asset-Backed Certificates,
               Series 2006-8 bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Peters Township & Peters Township School District
               jhunt@grblaw.com, cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 7
```