# MINUTES OF CHAPTER 13 § 341 MEETING OF CREDITORS
## AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Fieber__    (JAD)/TPA/CMB/GLT

Case Number: __18-24206__

Date of Meeting: __2 / 11 / 19__    Recording # _____

Debtor(s) present ___ or Not Present __✓__ ( No Payments Made or __✓__ partial payments)

Attorney for debtor(s) __Thompson__ (Present __✓__ or Not Present ___)

Date of Plan at § 341: _____ Applicable commitment period ___ 3 yrs ___ 5 yrs

D Has no income. No ability to fund plan.

C. O'Malley - PARW

FILED 2019 FEB 15 PM 3:20 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

_____ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
__✓__ Meeting NOT HELD        _____ Order to Show Cause Requested
                              _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due:_____; Objections due:_____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
__✓__ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
_____ Continued to:
        _____ 341 Meeting    OR    _____ Conciliation Conf. OR ___ *Contested Hearing
        On _____ at _____ am/pm Location _____

_Jana Pail_
Chapter 13 Trustee/Attorney for Trustee