**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Gary M. Fieber** | : | Case No. 18−24206−JAD |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Issued Per Feb. 11, 2019 Proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 20th of February, 2019,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

(1)  The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller<br>
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Gary M. Fieber  
    Debtor

Case No. 18-24206-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: jhel    Page 1 of 2    Date Rcvd: Feb 20, 2019  
                 Form ID: 309    Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2019.

```
db              +Gary M. Fieber,    102 Golden Eagle Drive,    Venetia, PA 15367-1457
cr              +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                  Pittsburgh, PA 15233-1828
cr              +Peters Township & Peters Township School District,    Goehring, Rutter & Boehm,
                  437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219,
                  UNITED STATES 15219-6101
14952071        +ANS Landscaping,    2150 Washington Road,    Canonsburg PA 15317-4912
14952074       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: TSYS Debt Management,    PO Box 5155,    Norcross, GA 30091)
14939658        +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
14939411        +Credit Acceptance Corp.,    PO Box 551888,    Detroit, MI 48255-1888
14952075        +Equitable Gas Company,    Attn: Judy Gawlowski,    200 Allegheny Center,
                  Pittsburgh PA 15212-5339
14952067        +James C. Warmbrodt, Esquire,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                  Philadelphia, PA 19106-1541
14952069        +Jeffrey R. Hunt, Esquire,    Goehring, Rutter & Boehm,    437 Grant St., 14th Floor,
                  Pittsburgh, PA 15219-6107
14952076        +John T. Burns. Esquire,    Burns Law Office,    14300 Nicollett Court,    Burnsville MN 55306-4501
14952077        +MedExpress Billing,    PO Box 7964,    Belfast ME 04915-7900
14939413        +PA American Water,    PO Box 371412,    Pittsburgh, PA 15250-7412
14973265        +Peters Township & Peters Township School District,    Goehring, Rutter & Boehm,
                  c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,    Frick Building,
                  Pittsburgh, PA 15219-6101
14952068         Peters Twp School District,    E. McMurray Road,    McMurray PA 15317-0000
14939415        +U.S. Attorneys Office,    Western District of PA,    4000 U.S. Post Office & Courthouse,
                  700 Grant Street,    Pittsburgh, PA 15219-1906
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14952072        +EDI: CAPITALONE.COM Feb 21 2019 08:03:00      Capital One,    PO Box 30281,
                  Salt Lake City UT 84130-0281
14974881         E-mail/Text: jennifer.chacon@spservicing.com Feb 21 2019 03:15:10
                  Deutsche Bank National Trust Company,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                  Salt Lake City, UT 84165-0250
14939412        +EDI: IRS.COM Feb 21 2019 08:03:00      Internal Revenue Service,    PO Box 7346,
                  Philadelphia, PA 19101-7346
14952070        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 21 2019 03:13:55      PA Department of Revenue,
                  Bankruptcy Division,    PO Box 280946,    Harrisburg PA 17128-0946
14952073         EDI: PRA.COM Feb 21 2019 07:58:00      Portfolio Recovery Associates,    120 Corporate Blvd,
                  Suite 100,    Norfolk, VA 23502
14973779         EDI: PRA.COM Feb 21 2019 07:58:00      Portfolio Recovery Associates, LLC,    POB 12914,
                  Norfolk VA 23541
14970708        +E-mail/Text: csc.bankruptcy@amwater.com Feb 21 2019 03:15:04      Pennsylvania American Water,
                  PO Box 578,    Alton, IL 62002-0578
14939809         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 21 2019 03:13:55
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg, PA 17128-0946
14939414        +E-mail/Text: jennifer.chacon@spservicing.com Feb 21 2019 03:15:10
                  Select Portfolio Servicing,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
14946475        +E-mail/Text: bankruptcy@firstenergycorp.com Feb 21 2019 03:14:22      West Penn Power,
                  5001 NASA Blvd,    Fairmont WV 26554-8248
14939416        +E-mail/Text: bankruptcy@firstenergycorp.com Feb 21 2019 03:14:22      West Penn Power,
                  800 Cabin Hill Drive,    Greensburg, PA 15606-0001
                                                                                                 TOTAL: 11
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Commonwealth of Pennsylvania, Department of Revenu
cr               Deutsche Bank National Trust Company, as Trustee,
                                                                                  TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2           User: jhel              Page 2 of 2              Date Rcvd: Feb 20, 2019
                               Form ID: 309            Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2019 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of Long Beach Mortgage Loan Trust 2006-8, Asset-Backed Certificates,
               Series 2006-8 alubin@milsteadlaw.com,  bkecf@milsteadlaw.com
              Brian C. Thompson    on behalf of Debtor Gary M. Fieber bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com
              Christos A. Katsaounis    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us,  RA-occbankruptcy6@state.pa.us
              James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of Long Beach Mortgage Loan Trust 2006-8, Asset-Backed Certificates,
               Series 2006-8 bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Peters Township & Peters Township School District
               jhunt@grblaw.com,  cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 8
```